IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CIVIL ACTION NO. 1:24-cv-66-LG-RPM |
| $27,500.00 U.S. CURRENCY and ONE (1) 2020 FORD F-150 PICKUP TRUCK | DEFENDANT PROPERTY |

## DEFAULT JUDGMENT OF FORFEITURE

Before the Court is Plaintiff United States of America's Motion for Default Judgment of Forfeiture [16].  Having considered the motion and the relevant statutes and jurisprudence in this matter, the Court finds that the relief the United States seeks has merit and should be granted.  The Court further finds and adjudicates as follows:

1. On March 4, 2024, the United States filed a Verified Complaint for Forfeiture *in Rem* [1], alleging that the Defendant Property is subject to forfeiture under 21 U.S.C. § 881, for violations of 21 U.S.C. §§ 841 (drug trafficking) and 846 (drug conspiracy), and under 18 U.S.C. §§ 981(a)(1)(A) and (C), for violations of 18 U.S.C. §§ 1956(a)(1) and 1957 (money laundering).

2. On March 5, 2024, the Court issued Warrants of Arrest *in Rem* [4] and [5].

3. Under Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States served direct written notice of this civil asset forfeiture action, including copies of the Verified

Complaint for Forfeiture *in Rem* [1], Application for Warrant of Arrest i*n Rem* [3], Warrant of Arrest *in Rem* [4] and [5], and Notice of Complaint for Forfeiture [6], upon all potential claimants reasonably known to the United States, as evidenced by the United States' Proof of Service [8].

4. Beginning on March 23, 2024, the United States published for thirty (30) consecutive days on an official government internet website at www.forfeiture.gov, notice of the instant case, as evidenced by the Proof of Publication [13].

5. The aforementioned publication and direct notices informed Taurese Keshaun Sibley, Taurus Lakesha Sibley, and all other persons or entities, known or unknown, having or claiming an interest in the Defendant Property that the Defendant Property had been arrested and that this instant civil forfeiture action was pending. The publication and direct notices also informed said persons and entities that they had thirty-five (35) days after being sent direct notice or sixty (60) days after the first date of the published notice to file a claim, and twenty (21) days thereafter to file an answer. Furthermore, the notice referred any such persons or entities to Rule G(5) of the Supplemental Rules of Admiralty and Maritime Claims and Asset Forfeiture Actions, and it cautioned that if the Supplemental Rules were not strictly followed, the Court could strike any claim and answer and enter default judgment of forfeiture or summary judgment against any improperly claimed interest in the Defendant Property.

6.  The United States took all reasonable measures to insure that Taurese Keshaun Sibley, Taurus Lakesha Sibley, and all other possible claimants received such notice in a timely fashion.

7.  As of this date, no claims, answers, or appearances have been filed to assert an interest in the Defendant Property, or to otherwise defend against this instant forfeiture action, by Taurese Keshaun Sibley, Taurus Lakesha Sibley, or any other person or entity.  Thus, the time pursuant to Supplemental Rule G, for Taurese Keshaun Sibley, Taurus Lakesha Sibley, or any other person or entity to file a valid claim and answer in this action has lapsed.

8.  As such, Taurese Keshaun Sibley, Taurus Lakesha Sibley, and all other possible claimants are in complete and total default in accordance with Local Uniform Rule G(8)(b) and Federal Rules of Civil Procedure 55(b).[1]  The Clerk of Court's June 28, 2024, Entry of Default [15] was proper; and the United States is entitled to a default judgment of forfeiture against the full interests of Taurese Keshaun Sibley, Taurus Lakesha Sibley, and all other persons and entities in the Defendant Property, all without the necessity of further notice to Taurese Keshaun Sibley, Taurus Lakesha Sibley, or any other person or entity.

---

1  No hearing under Rule 55 of the Federal Civil Rules of Procedure is necessary.  No party has made an appearance by filing a timely claim and answer within the time stated in the direct or published notice.  Therefore, all claims arising afterward would otherwise be untimely.

**IT IS, THEREFORE, ORDERED AND ADJUDGED THAT:**

a. The United States of America is **GRANTED** a default judgment and a complete and final judgment of forfeiture against the full interests of Taurese Keshaun Sibley, Taurus Lakesha Sibley, and all other persons and entities in the Defendant Property described below:

| Asset ID | Asset Description |
|---|---|
| 24-DEA-706864 | $27,500.00 U.S. Currency seized on Sunday, October 8, 2023, from Taurese Keshaun Sibley as a result of a traffic stop on Mississippi Highway 603 near Caesar Necaise Road in Hancock County, Mississippi |
| 24-DEA-710737 | Cash in lieu of One (1) 2020 Ford F-150 Pickup Truck, black, bearing Mississippi Tag LL30996, VIN 1FTEW1EP0LFB64978, registered to Taurus Lakesha Sibley |

b. Any administrative claims or interests therein of any entities or persons, including Taurese Keshaun Sibley, Taurus Lakesha Sibley, and any other possible claimant are hereby canceled.

c. The Defendant Property is referred to the custody of the U.S. Marshals Service and/or the Drug Enforcement Administration for disposition in accordance with the relevant law and regulations.

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2024.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE